**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| WILLIAM FEEGBA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GEORGE W. BUSH, ) <br> ) <br> Defendant. ) | Civil Action No. 18-1996 (UNA) |

## MEMORANDUM OPINION

According to the plaintiff, President George W. Bush has occupied the plaintiff's home in Hobson, Texas from 2000 to 2018. The plaintiff has brought this action to recover $4,140,000 for unpaid rent.

The Court has the discretion to decide whether a complaint is frivolous, and such finding is appropriate when the facts alleged are irrational or wholly incredible. *See Denton v. Hernandez*, 504 U.S. 25, 33 (1992); *Neitzke v. Williams*, 490 U.S. 319, 325 (1989) ("[A] complaint, containing as it does both factual allegations and legal conclusions, is frivolous where it lacks an arguable basis either in law or in fact."). Having reviewed the plaintiff's complaint, the Court concludes that its factual allegations are baseless and wholly incredible.

The Court will grant the plaintiff's application to proceed *in forma pauperis* and will dismiss the complaint as frivolous pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(i). An Order consistent with this Memorandum Opinion is issued separately.

DATE: Sept 12, 2018

CHRISTOPHER R. COOPER
United States District Judge